UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
CASE NO. 24-CR-00457 MAJ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANGEL AVILES-MONZON

        Defendant.

_____/

**<u>OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT</u>**

COMES NOW the Defendant, ANGEL AVILES-MONZON, by and through his undersigned counsel, and presents herewith, his Objections to the Presentence Investigation Report ("PSR"), and states as follows:

1.     **<u>Objection to Paragraph 36: "BASE OFFENSE LEVEL"</u>**

This paragraph states that, "the Defendant is a level 20 as the offense involved a firearm that is described in 26 U.S.C Section 5845 (a) and the Defendant was a prohibited person at the time the Defendant committed the instant offense."

This section requires the Defendant to be a prohibited person at the time of the event. We submit for this Court's consideration that the Defendant—who was in a diversionary program during the charged conduct—was not a prohibited person, as the state court holds the conviction in abeyance until the matter is resolved. On October 8, 2024, the state court closed the case due to successful completion of the diversion program — this resulted in the case being dismissed. The conviction was never finalized and, as such, the enhancement should not apply.

**2.      Objections to paragraph 49:  "Criminal History Computation"**

The Defendant respectfully objects to the one point assigned to this case. The Defendant successfully completed his diversion program: therefore, the one point should be reduced to zero as the case was dismissed upon completion. This does not change his Criminal History Computation, but it is worth noting.

**3.      Objection to Paragraph 82:  "Guideline Provisions"**

The Defendant respectfully requests that based on the above objections, and pursuant to the plea agreement, the Defendant should be a category 15 and a criminal history category 1, with a range of imprisonment of 18-24 months.

WHEREFORE, the Defendant, ANGEL AVILES-MONZON respectfully prays that this Honorable Court sustain the within objections to the Presentence Investigation Report and  direct the United States Probation Office to amend the Presentence Investigation Report as requested and as set forth above in paragraphs 1 through 3.

Respectfully submitted,
SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 441-2333
Facsimile: (305) 908-8693
Email: saam@zangenehlaw.com

/s/ *Saam Zangeneh*
By: Saam Zangeneh, Esq.
Fla. Bar No.: 526721

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 26th day of March, 2026.

/s/ ***Saam Zangeneh***

By: Saam Zangeneh, Esq.